Richard W. Parker Jr.      10-17-25
Trustee - USA
309 Belmont St.
Worcester, MA 01604

U.S. District Court
Office of the Clerk
595 Main St.
Worcester, MA 01608

RE: Richard W. Parker Jr.
      v.
    Kathleen Wentzee CEO
     et al...

Dear Clerk,

Please mark, file, docket open the Petition pursuant to G.L.C. 123-9B Habeas Corpus release. Obtain a writ of Habeas Corpus release from the hospital were I am held in custody for 4 3/4 years. Enclosed is a Clerks Notice of my release 7-15-2024. Motion for permission to proceed.

Thank you,
Richard W. Parker Jr.

COMMONWEALTH OF MASSACHUSETTS
COURT DEPARTMENT

Worcester , S, S

CIVIL DIVISION

Docket #_____

RICHARD W. PORTER, JR.

v.

KATHY WENZEL, C.E.O.

WORCESTER RECOVERY CENTER AND HOSPITAL APPLICATION FOR DISCHARGE PURSUANT TO G.L.C. 123§9(b)

Richard W. Porter, Jr, PETITIONER, a patient receiving psychiatric treatment at Worcester Recovery Center and Hospital herby asserts:

1). That he is confined at said hospital for a period not to exceed one (1) year by order of the District Court.

2). That although he is currently diagnosed as having a mental illness, Petitioner has been complaint with treatment, has not been dangerous to self or others and is clinically sound for release into the community.

3). That continued confinement at the Worcester Recovery Center and Hospital is improper, unnecessary, and clinically inappropriate.

4). That Petitioner does not require the security of the locked unit treatment facilities at the hospital as defined in G.L.C. 123§1.

5). That there exists a setting less restrictive of his liberty at which he could be appropriately and safely treated. Commonwealth vs. NASSAR 380 MASS 908.

6). That discharge of him will not create a likelihood of serious harm to self or others by reason of mental illness.

7). That Petitioner is able to make informal decisions in respect to medical treatment, in general, and to treatment with antipsychotic medication, in particular.

8). That were he not able to make such informed decisions in respect to medical treatment, informed "substituted judgement" would be to refuse such treatment and request release to a less restrictive treatment situation.

9). That he be presumed indigent pursuant to RULE 3:10, §1 (F) iii of the Rules of the Supreme Judicial Court.

Commonwealth of Massachusetts
RE: Porter v Wenzel
Page Two

Wherefore, PETITIONER, herby petitions this Court, pursuant to G.L.C. 123 §9(b) as follows:

1). That said orders of commitment by vacated and PETITIONER be discharged from Worcester Recovery Center and Hospital forthwith.

2). That his Application for Discharge be marked for hearing forthwith.

3). That a writ of habeas corpus be issued and that he be brought to said hearing pursuant thereto.

4). That PETITIONER be granted $5,000 per day annum for a 2 year, 10-month period, for his abduction.

                                                Respectfully Submitted,
                                                Richard W. Porter, Jr.

Date: __10-17-__ 2025

X _____
Richard W. Porter, Jr.
PETITIONER

U.S. District Court
of
Massachusetts

Worcester, s.s.

Richard W. Potter Jr.

v.

Kathleen Wenzel C.E.O. of
Worcester Recovery Center +
Hospital
Dept. of Mental Health

Complaint
G.L.c. 123-9B Habeas Corpus
and Liberty Freedom

The Defendants have 9 open cases for my release multiple Court Order's for my release and discharge in 4 Counties including Supreme Judicial Court G.L.c. 123-9B Chapter 248, Section 35 Habeas Corpus and Liberty - No person shall be held in custody by any person or place. In my case they held me in custody for 4 3/4 years drugging me and billing Medicare Medicare Ins. $3,000 per day. I lost 10 homes 53 acre Ranch, 4 3/4 years of income including Social Security Income S.S.I.   Complaintant,
Richard W. Potter Jr.

U.S. District Court
of
Massachusetts
Worcester, S.S.

Richard W. Rider Jr.
v.                                          § Motion
Kathleen Wenzel CEO
of
Worcester Recovery Center + Hospital
Dept. of Mental Health

Now Comes Petitioner Richard W. Rider Jr. and pursuant to G.L.C. 123-9B, Mass General Law Chapter 241 Section 35, Habeas Corpus and Liberty moves the Court rules and grant:

1). Permission to proceed per order of the Court. Whereas Petitioner has Superior Court order's of release and discharge from the hospital 7-15-2024 enclosed Clerks Notice.

2). The Court to order a writ of Habeas Corpus release and expungement of all Court case's medical records.

Petitioner,
Richard W. Rider Jr.

U.S. District Court
of
Massachusetts
Worcester, S.S.

Richard W Rover Jr. } Motion
V.                   } Housing
Kathleen Wenzel CEO
et al..

Now Comes Real Estate Trustee with Power of Attorney Richard W Rover Jr. and pursuant to U.S.C. &RSH:564.A:7. Trustee in Powers the Court to order grant:

1). Court Waiver of all Court Costs, Sheriffs Deputy's service fee's, U.S. Marshall Service to Clear and Evict 10 people from 10 homes I am the owner and Trustee of in New Hampshire and Mass. and all occupants to vacate the homes 6 of them were in U.S. Bankruptcy Court 1988-2001 that I am a Real Estate Trustee of.

Petitioner,
Richard W Rover Jr.



**Middlesex Sheriff's Office • 40 Brick Kiln Road Chelmsford, MA 01824 • 617-547-1171**
Middlesex, ss.

October 23, 2024

I hereby certify and return that on 10/22/2024 at 12:10 PM I served a true and attested copy of the letter, DOCKET REPORT in this action in the following manner: To wit, by leaving at the last and usual place of abode of WANG ZHICHAO, 9 BRENTWOOD Road NORTH READING, MA 01864  and by mailing 1st class to the above address on 10/22/2024Fees: Attest ($10.00) Basic Service Fee ($20.00) Postage and Handling ($1.00) Travel ($22.08) Copies ($2.50) Conveyance ($4.50) Total: $60.08

Robb Delleo
Deputy Sheriff

| CLERK'S NOTICE | DOCKET NUMBER<br>2482CV00688 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Porter, Jr., Richard W vs. Kathleen Wenzel C.E.O. | | Walter F. Timilty, Clerk of Courts<br>Norfolk County |
| TO:<br>Richard W Porter, Jr.<br>309 Belmont St<br>Worcester, MA 01608 | | COURT NAME & ADDRESS<br>Norfolk County Superior Court<br>650 High Street<br>Dedham, MA 02026 |

You are hereby notified that on 07/15/2024 the following entry was made on the above referenced docket:

Endorsement on Motion to 1) Discharge and release from the Worcester Recovery Center and Hospital; 2) Vacate Civil Commitment G.L. c. 123-16(c) Worcester District Court date 6/26/2024; 3) Impound all papers, court cases, District Court, medical records, related to G.L. c. 123-9(b) -- (#4.0): ALLOWED Paper 6). (Cloutier, J)(dated 7/15/24) ns

| E ISSUED<br>7/15/2024 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>Hon. Claudine Cloutier | | SESSION PHONE#<br>(781)326-1600 |
|---|---|---|---|

e Printed 07-15-2024 12:50:32

SCR015 02/2023

# Certificate of Attachment
## LIEN

The undersigned Real Estate Trustee, Richard W. Porter, Jr., for good reasons and under USC$RSA:564-A:7:II Trustee Powers, hereby attach and lien without notice Real Estate and money of the Commonwealth of Massachusetts bank accounts and Real Estate, to secure the payment of $100,000,000.00, One Hundred Million Dollars Real Estate owned by the State, 309 Belmont Street, Worcester, Worcester County, Commonwealth of Massachusetts 01604. Bank accounts held by State Treasurer and Receiver General, 1 Ashburton Place, Boston, Suffolk County, Commonwealth of Massachusetts.

Trustee

X *[signature]*
Richard W. Porter, Jr.
309 Belmont Street
Worcester, MA 01604